# United States Court of Appeals
# for the Federal Circuit

---

August 27, 2025

**ERRATA**

---

Appeal Nos. 2023-2117, 2023-2116

**MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., NKA MAXELL HOLDINGS, LTD., MAXELL, LTD.,**
*Plaintiffs-Appellants*

**v.**

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC.,**
*Defendants-Cross-Appellants*

---

Decided: August 8, 2025
Precedential Opinion

---

Please make the following change:

On page 4, change "June 4, 2002" to "May 4, 2007"